[No. 6239-2-III.  Division Three.  November 6, 1984.]

JOSEPH NIDEROST, ET AL, *Appellants,* v. RAINIER
NATIONAL BANK, *Respondent.*

Appeal from a judgment of the Superior Court for Grant
County, No. 30141C, Clinton J. Merritt, J., entered January
7, 1983. *Affirmed in part, reversed in part,* and *remanded*
by unpublished opinion per Munson, C.J., concurred in by
McInturff, J., and Hettinger, J. Pro Tem.

[No. 5720-8-III.  Division Three.  November 6, 1984.]

DONALD GEARING, ET AL, *Appellants,* v. SPOKANE
INDUSTRIAL PARK, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 81-2-00195-0, George T. Shields, J.,
entered January 25, 1983. *Affirmed* by unpublished opinion
per McInturff, J., concurred in by Thompson, J., and
Mitchell, J. Pro Tem.

[No. 5602-3-III.  Division Three.  November 6, 1984.]

*In the Matter of the Estate of*
DAVID R. COLE.

JACKE L. BLAIR, *as Guardian ad Litem, Appellant,* v.
ROBERT F. COLE, *Individually and as Personal
Representative, Respondent.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 80-4-00982-8, William J. Grant, J.,
entered December 29, 1982. *Affirmed* by unpublished opin-
ion per McInturff, J., concurred in by Thompson, J., and
Mitchell, J. Pro Tem.